# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Karen M. Seaworth, | Civil Nos. 09-3437 (RHK/RLE) |
| | 09-3438 (RHK/RLE) |
| Plaintiff, | 09-3440 (RHK/RLE) |
| | 09-3441 (RHK/RLE) |
| vs. | |
| | **ORDER** |
| William Messerli, Ross Kramer, | |
| Jamie J. Hommerding (09-3437), | |
| | |
| William Messerli, Ross Kramer, | |
| Jamie J. Hommerding (09-3438), | |
| | |
| Messerli & Kramer, P.A., Ross Kramer, | |
| Amanda E. Prutzman (09-3440), | |
| | |
| William Messerli, Ross Kramer, | |
| Amanda E. Prutzman (09-3441), | |
| | |
| Defendants. | |

---

Each of Defendants' Motions for Judgment on the Pleading is **REFERRED** to Chief Magistrate Judge Raymond L. Erickson for a recommended disposition. The March 12, 2010 hearing date in Fergus Falls is **CANCELED**. Judge Erickson will advise the parties if he desires a hearing and oral argument, and if he does, he will set the date, time and location for such hearing.

Dated: February 12, 2010

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge